# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| S.C.G. a minor child, through his next friend, JAMANIC REAVES, and K.L.P., on behalf of themselves and all others similarly situated, | )<br>)<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| vs. | ) Case No.: 1:22-CV-01324-LMM<br>) |
| CANDICE BROCE, in her official capacity as COMMISSIONER OF THE GEORGIA DEPARTMENT OF HUMAN SERVICES, | )<br>)<br>)<br>)<br>) |
| Defendant. | ) |

## **DEFENDANT'S MOTION TO DISMISS AMENDED COMPLAINT**

Defendant Candice Broce, in her official capacity as Commissioner of the Georgia Department of Human Services ("DHS"), hereby moves for the dismissal of Plaintiffs' Amended Complaint and claims pursuant to Fed. R. Civ. P. 12(b)(1) and (6).

Plaintiffs bring this civil rights lawsuit on behalf of themselves and a putative class of children and young adults who are undocumented aliens in the custody of the Georgia Division of Family and Children Services ("DFCS"). Their claims relate to extended foster care benefits available in some circumstances after a child reaches the age of 18. Plaintiffs contend that Defendant violated: (1) the federal

Adoption Assistance and Child Welfare Act ("AACWA") and O.C.G.A. § 15-11-201, *et seq.* when it failed to implement Plaintiffs' case plans by not hiring immigration counsel for Plaintiffs to seek special immigrant juvenile status ("SIJS"); and (2) the Due Process Clauses of the 14th Amendment and the Georgia Constitution by failing to provide notice and a hearing to Plaintiffs when it did not provide them with extended foster care benefits. Plaintiffs seek declaratory and injunctive relief to correct these perceived wrongs.

Under Fed. R. Civ. P. 12(b)(1) and (6), dismissal is warranted for at least three reasons. <u>First</u>, Plaintiffs lack standing and their claims are otherwise moot because Plaintiffs are over the age of 18 and ineligible for extended foster care services, and because they filed for SIJS with their own immigration attorneys before filing this lawsuit. Since their claims are barred, dismissal is warranted as to the entire putative class. <u>Second</u>, the claims are barred by the *Younger* abstention doctrine, because Plaintiffs ask this Court to oversee and administer pending juvenile court cases and potentially issue rulings reserved to Georgia state court judges. <u>Third</u>, all four of Plaintiffs' Counts fail to satisfy the pleading standards set forth in *Iqbal, Twombly,* and their progeny, or otherwise fail to state a claim upon which relief may be granted. Each argument is discussed in detail in the supporting brief filed with this motion.

2

This 6th day of July, 2022.

| | |
|---|---|
| */s/ Christopher M. Carr* | */s/T. Mills Fleming* |
| CHRISTOPHER M. CARR   112505<br>Attorney General<br>Georgia Department of Law<br>40 Capitol Square NW<br>Atlanta, Georgia 30334 | T. MILLS FLEMING             263560<br>Special Assistant Attorney General<br>Hunter, Maclean, Exley & Dunn, P.C.<br>Post Office Box 9848<br>Savannah, Georgia 31412<br>Telephone: (912) 236-0261<br>Facsimile: (912) 236-4936<br>Email: mfleming@huntermaclean.com |
| */s/Bryan K. Webb* | */s/Kirby G. Mason* |
| BRYAN K. WEBB              743580<br>Deputy Attorney General<br>Georgia Department of Law<br>40 Capitol Square NW<br>Atlanta, Georgia 30334 | KIRBY G. MASON               302310<br>Hunter, Maclean, Exley & Dunn, P.C.<br>Post Office Box 9848<br>Savannah, Georgia 31412<br>Telephone: (912) 236-0261<br>Facsimile: (912) 236-4936<br>Email: kmason@huntermaclean.com |
| */s/Shalen S. Nelson* | |
| SHALEN S. NELSON          636575<br>Senior Assistant Attorney General<br>Georgia Department of Law<br>40 Capitol Square NW<br>Atlanta, Georgia 30334 | |

4887-4095-0310 v1

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the within and foregoing **DEFENDANT'S MOTION TO DISMISS AMENDED COMPLAINT** upon all parties to this matter by using the CM/ECF system which will send a notice of electronic filing to the following:

| | |
|---|---|
| Thomas C. Rawlings | Joshua H. Norris |
| Deborah A. Ausburn | Law Office of Joshua H. Norris, LLC |
| Taylor English and Duma LLP | One West Court Square, Suite 750 |
| 1600 Parkwood Circle, Suite 200 | Decatur, Georgia 30030 |
| Atlanta, Georgia 30339 | |

I further certify that the foregoing has been prepared with Times New Roman font in 14-point size, as approved by the Court in N.D. Ga. Local Rule 5.1(C).

This 6th day of July, 2022.

| | |
|---|---|
| */s/ Christopher M. Carr* | */s/T. Mills Fleming* |
| CHRISTOPHER M. CARR  112505 | T. MILLS FLEMING  263560 |
| Attorney General | Special Assistant Attorney General |
| Georgia Department of Law | Hunter, Maclean, Exley & Dunn, P.C. |
| 40 Capitol Square NW | Post Office Box 9848 |
| Atlanta, Georgia 30334 | Savannah, Georgia 31412 |
| | Telephone: (912) 236-0261 |
| | Facsimile: (912) 236-4936 |
| | Email: mfleming@huntermaclean.com |
| */s/Bryan K. Webb* | */s/Kirby G. Mason* |
| BRYAN K. WEBB  743580 | KIRBY G. MASON  302310 |
| Deputy Attorney General | Hunter, Maclean, Exley & Dunn, P.C. |
| Georgia Department of Law | Post Office Box 9848 |
| 40 Capitol Square NW | Savannah, Georgia 31412 |
| Atlanta, Georgia 30334 | Telephone: (912) 236-0261 |
| | Facsimile: (912) 236-4936 |
| | Email: kmason@huntermaclean.com |
| */s/Shalen S. Nelson* | |
| SHALEN S. NELSON  636575 | |
| Senior Assistant Attorney General | |
| Georgia Department of Law | |
| 40 Capitol Square NW | |
| Atlanta, Georgia 30334 | |

4887-4095-0310 v1