IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| S.C.G. a minor child, through his next friend, JAMANIC REAVES, and K.L.P., on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>CANDICE BROCE, in her official capacity as COMMISSIONER OF THE GEORGIA DEPARTMENT OF HUMAN SERVICES,<br><br>    Defendant. | Case No.: 1:22-CV-01324-LMM |

## DEFENDANT'S RENEWED MOTION TO STAY PRETRIAL DEADLINES AND DISCOVERY

Defendant Candice Broce, in her official capacity as Commissioner of the Georgia Department of Human Services ("GDHS"), respectfully renews her motion[1] for an Order staying pretrial deadlines and initiating the discovery period set forth in the Federal Rules of Civil Procedure and the Local Rules for the United States District Court for the Northern District of Georgia, Atlanta Division, pending a

---

[1] Upon the filing of Plaintiffs' Amended Complaint (Doc. 11), Defendant's initial Motion to Stay Pretrial Deadlines and Discovery (Doc. 8) was granted in part such that a stay was imposed up to and including Defendant's deadline to respond to the Amended Complaint (Doc. 12). That Order noted that Defendant "may also file a renewed motion to stay pretrial deadlines and discovery at that time." (Doc. 12.)

ruling on the Motion to Dismiss Plaintiff's Amended Complaint. Plaintiffs consent to this motion. In support of this motion, GDHS submits the accompanying Memorandum of Law.

This 6th day of July 2022.

| | |
|---|---|
| */s/ Christopher M. Carr* <br> CHRISTOPHER M. CARR   112505 <br> Attorney General <br> Georgia Department of Law <br> 40 Capitol Square NW <br> Atlanta, Georgia 30334 | */s/T. Mills Fleming* <br> T. MILLS FLEMING            263560 <br> Special Assistant Attorney General <br> Hunter, Maclean, Exley & Dunn, P.C. <br> Post Office Box 9848 <br> Savannah, Georgia 31412 <br> Telephone: (912) 236-0261 <br> Facsimile: (912) 236-4936 <br> Email: mfleming@huntermaclean.com |
| */s/Bryan K. Webb* <br> BRYAN K. WEBB            743580 <br> Deputy Attorney General <br> Georgia Department of Law <br> 40 Capitol Square NW <br> Atlanta, Georgia 30334 | */s/Kirby G. Mason* <br> KIRBY G. MASON            302310 <br> Hunter, Maclean, Exley & Dunn, P.C. <br> Post Office Box 9848 <br> Savannah, Georgia 31412 <br> Telephone: (912) 236-0261 <br> Facsimile: (912) 236-4936 <br> Email: kmason@huntermaclean.com |
| */s/Shalen S. Nelson* <br> SHALEN S. NELSON        636575 <br> Senior Assistant Attorney General <br> Georgia Department of Law <br> 40 Capitol Square NW <br> Atlanta, Georgia 30334 | |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the within and foregoing **DEFENDANT'S RENEWED MOTION TO STAY PRETRIAL DEADLINES AND DISCOVERY** upon all parties to this matter by using the CM/ECF system which will send a notice of electronic filing to the following:

| | |
|---|---|
| Thomas C. Rawlings | Joshua H. Norris |
| Deborah A. Ausburn | Law Office of Joshua H. Norris, LLC |
| Taylor English and Duma LLP | One West Court Square, Suite 750 |
| 1600 Parkwood Circle, Suite 200 | Decatur, Georgia 30030 |
| Atlanta, Georgia 30339 | |

I further certify that the foregoing has been prepared with Times New Roman font in 14-point size, as approved by the Court in N.D. Ga. Local Rule 5.1(C).

This 6th day of July 2022.

*/s/ Christopher M. Carr*
CHRISTOPHER M. CARR   112505
Attorney General
Georgia Department of Law
40 Capitol Square NW
Atlanta, Georgia 30334

*/s/T. Mills Fleming*
T. MILLS FLEMING   263560
Special Assistant Attorney General
Hunter, Maclean, Exley & Dunn, P.C.
Post Office Box 9848
Savannah, Georgia 31412
Telephone: (912) 236-0261
Facsimile: (912) 236-4936
Email: mfleming@huntermaclean.com

*/s/Bryan K. Webb*
BRYAN K. WEBB   743580
Deputy Attorney General
Georgia Department of Law
40 Capitol Square NW
Atlanta, Georgia 30334

*/s/Kirby G. Mason*
KIRBY G. MASON   302310
Hunter, Maclean, Exley & Dunn, P.C.
Post Office Box 9848
Savannah, Georgia 31412
Telephone: (912) 236-0261
Facsimile: (912) 236-4936
Email: kmason@huntermaclean.com

4879-4426-8583 v1

*/s/Shalen S. Nelson*
SHALEN S. NELSON        636575
Senior Assistant Attorney General
Georgia Department of Law
40 Capitol Square NW
Atlanta, Georgia 30334

4879-4426-8583 v1