IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| S.C.G. a minor child, through his next friend, JAMANIC REAVES, and K.L.P., on behalf of themselves and all others similarly situated, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | Case No.: 1:22-CV-01324-LMM |
| CANDICE BROCE, in her official capacity as COMMISSIONER OF THE GEORGIA DEPARTMENT OF HUMAN SERVICES, | ) ) ) ) ) ) | |
| Defendant. | ) | |

## ORDER STAYING
## PRETRIAL DEADLINES AND DISCOVERY

THIS MATTER is before the Court on the Renewed Motion to Stay Pretrial Deadlines and Discovery filed by Defendant Candice Broce, in her official capacity as Commissioner of the Georgia Department of Human Services ("GDHS"), and consented to by Plaintiffs.

Upon consideration of the Motion to Stay Pretrial Deadlines and Discovery, and the arguments contained in the accompanying Memorandum of Law, the Court finds that there is sufficient evidence and just cause for the Court to stay pretrial

deadlines and discovery while the Court considers GDHS's Motion to Dismiss Plaintiff's Amended Complaint.

Accordingly, it is hereby:

ORDERED that GDHS's Renewed Motion to Stay Pretrial Deadlines and Discovery is GRANTED, staying the commencement of the discovery period and all pretrial deadlines, including the parties' obligations to comply with the deadlines for filing initial disclosures and Plaintiffs' deadline to move for class certification.

It is furthermore ORDERED that should the Court later deny the Motion to Dismiss Plaintiff's Amended Complaint, the parties shall comply with all preliminary mandates of the federal and local rules within thirty (30) days of the Court's Order denying said motion.

**SO ORDERED**, this __8th__ day of __July_____ 2022.

_____
LEIGH MARTIN MAY
UNITED STATES DISTRICT JUDGE