IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| S.C.G., *a minor child, through next friend* Jamanic Reaves; JAMANIC REAVES, *as next friend to S.C.G.*; and K.L.P., *on behalf of themselves and all others similarly situated*,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>CANDICE BROCE, *in her official capacity as Commissioner of the Georgia Department of Human Services*,<br><br>　　　　Defendant. | CIVIL ACTION NO.<br>1:22-cv-01324-LMM |

## **ORDER**

On March 29, 2023, the Court granted Defendant's motion to dismiss the amended complaint and granted Plaintiffs 21 days' leave to file a second amended complaint as to the procedural due process claims. Dkt. No. [23]. To date, Plaintiffs, who are represented by counsel, have not filed a second amended complaint or otherwise responded to the Court's Order.

Accordingly, the Court finds that no further issues are pending before it. The Clerk is therefore **DIRECTED** to close the case and enter judgment in favor of Defendant.

**IT IS SO ORDERED** this 21st day of April, 2023.

_____
**Leigh Martin May**
**United States District Judge**