UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| S.C.G. A MINOR CHILD; THROUGH AS NEXT FRIEND JAMANIC REAVES, ET AL., <br><br>    Plaintiffs, <br><br>vs. <br><br>CANDICE BROCE IN HER OFFICIAL CAPACITY AS COMMISSIONER OF THE GEORGIA DEPARTMENT OF HUMAN SERVICES, <br><br>    Defendant. | CIVIL ACTION FILE <br><br>NO.   1:22-cv-01324-LMM |

## J U D G M E N T

This action having come before the court, Honorable Leigh Martin May, United States District Judge, for consideration of defendant's motion to dismiss, and the court having granted said motion, it is

**Ordered and Adjudged** that the action be, and the same hereby is, dismissed.

Dated at Atlanta, Georgia, this 21st day of April, 2023.

                KEVIN P. WEIMER
                CLERK OF COURT

            By:   s/J. Arnold
               Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
April 21, 2023
Kevin P. Weimer
Clerk of Court

By: s/J. Arnold
   Deputy Clerk

Case 1:22-cv-01324-LMM   Document 25   Filed 04/21/23   Page 2 of 2